NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PFIZER INC. AND PFIZER LIMITED,**
*Plaintiffs-Appellees,*

v.

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Appellant.*

---

2011-1594

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 10-CV-0128, Judge Rebecca Beach Smith.

---

**ON MOTION**

---

**O R D E R**

Pfizer Inc. and Pfizer Limited (Pfizer) move without opposition for a 14-day extension of time, until January 13, 2012, to file its response brief, and for a 24-day extension of time, for Teva Pharmaceuticals USA, Inc. to file its reply brief. Pfizer also moves to withdraw their unopposed motion to extend the briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to withdraw the motion to extend the briefing schedule is granted. The motion to extend the briefing schedule is withdrawn.

FOR THE COURT

**JAN 0 9 2012**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Aaron Stiefel, Esq.
    Kevin J. Culligan, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 9 2012

JAN HORBALY
CLERK